MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*U.S.A. v. Michael Barnes*

Case No. 3:09-cr-00001 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**     **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Suppress Tangible Evidence and Plaintiff's Motion to Strike Defense Motion for Suppression of Tangible Evidence (Docket No. 635), and noting that no objections or responses were filed, the Court hereby adopts and accepts the Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress Tangible Evidence, (Docket 432), and Plaintiff's Motion to Strike Defense Motion for Suppression of Tangible Evidence Filed at Docket 432 (Docket 439) are DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 3, 2014